# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY JPW D.C.

05 JUL 15 PM 2: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) ) | |
| VS | ) | CR. NO. 05-20024-Ml |
| MOHAMAD IBRAHIM | ) ) ) | |
| Defendant. | ) | |

## ORDER TO SURRENDER

The defendant, Mohamad Ibrahim, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to the **FCI YAZOO CITY, P. O. Box 5050, Yazoo City, MS 39194** by **2:00 p.m.** on **FRIDAY, AUGUST 5, 2005.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee 38103 to acknowledge by signature receipt of a copy of this Order and that the defendant will report as ordered to the facility named above.

**ENTERED** this the _15_ day of July, 2005.

**JON PHIPPS McCALLA**
**UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on _7-18-05_



## ACKNOWLEDGMENT

**I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.**

Signed and acknowledged before me on _____

_____                    _____
Clerk/Deputy Clerk                            Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in
case 2:05-CR-20024 was distributed by fax, mail, or direct printing on
July 18, 2005 to the parties listed.

Russell X. Thompson
LAW OFFICE OF RUSSELL X. THOMPSON
5100 Poplar Ave.
Ste. 2700
Memphis, TN 38137

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT